IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA BOGASKI, ) | |
| ) | Civil Action No. 15 - 487 |
| Plaintiff, ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| COUNTY OF ALLEGHENY, ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON PLAINTIFF'S MOTION FOR NEW TRIAL**

For the reasons set forth in this Court's Memorandum Opinion on Plaintiff's Motion for New Trial Pursuant to Fed.R.Civ.P. 59 (ECF No. 218):

**IT IS HEREBY ORDERED** that Plaintiff's December 19, 2017 Motion for New Trial (ECF No. 218) is **DENIED**.

Dated: March 26, 2018

By the Court:

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Counsel of record

1